# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-22-00651-CV

---

**Lawrence Brandon Erlanson, Individually, and as Independent Executor of the Estate of Freddie Lindsay Erlanson, Appellant**

**v.**

**Teresa Erlanson, Appellee**

---

### FROM THE COUNTY COURT AT LAW NO. 2 OF COMAL COUNTY
### NO. 2021PC0278, THE HONORABLE CHARLES A. STEPHENS II, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

The parties have filed an agreed motion to dismiss this appeal, asserting that they have fully resolved their dispute and that this appeal is moot. We grant the motion and dismiss this appeal.

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Triana and Jones*

Dismissed on Agreed Motion

Filed: April 7, 2023

* Before J. Woodfin Jones, Chief Justice (Retired), Third Court of Appeals, sitting by assignment. See Tex. Gov't Code § 74.003(b).